UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

Florida Health Sciences Center, Inc., et al v. Sackler, et al.,  )
    S.D. Florida, C.A. No. 0:19-62992    )    MDL No. 2804

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Florida Health*) on December 23, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Florida Health* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Florida Health* was remanded to the Seventeenth Judicial Circuit, Broward County, Florida, by the Honorable Jose E. Martinez in an order filed on January 24, 2020.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-127" filed on December 23, 2019, is VACATED insofar as it relates to this action.

FOR THE PANEL

John W. Nichols
Clerk of the Panel